1  LAW OFFICES OF DANIL MONTELEONE
   Danil Monteleone (SBN 140604)
2  Jeffrey T. Belton (SBN 239443)
   Mark A. Abell (SBN 265499)
3  8132 Tunney Ave.
   Reseda Ranch, CA 91335
4  (818) 349-9666 • Fax (818) 998-4735

5  Attorneys for Plaintiffs SCOTT MEYERS and LILA MEYERS

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT MEYERS and LILA MEYERS on        ) CASE NO. 1:10-CV-02359-LJO-SMS
   their own behalf and as INDIVIDUAL CLASS )
12 REPRESENTATIVES on behalf of all others )
   similarly situated,                    ) **STIPULATION AND ORDER RE:**
13                                        ) **FILING OF PLAINTIFFS' SECOND**
                Plaintiffs,               ) **AMENDED COMPLAINT**
14                                        )
       vs.                                )
15                                        )
   THE CITY OF FRESNO, a Municipal        )
16 Corporation; KEITH BERGTHOLD, in his   )
   Official Capacity; BRIAN LEONG in his  )
17 Official Capacity; and DOES 1 through 200, )
   inclusive                              )
18                                        )
                Defendants.               )
19 _____)

20

21      Whereas Plaintiffs SCOTT MEYERS and LILA MEYERS (collectively "Plaintiffs") and

22 Defendants CITY OF FRESNO, KEITH BERGTHOLD and BRIAN LEONG (collectively

23 "Defendants") have met and conferred regarding the pleadings and are working together to limit

24 unnecessary law and motion practice to the extent possible;

25      Whereas Plaintiffs and Defendants have reached an agreement regarding the filing of

26 Plaintiffs' Second Amended Complaint;

27      It is stipulated by and between Plaintiffs and Defendants, by and through their respective

28 counsel that:

1

**STIPULATION AND ORDER RE: FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

1. Plaintiffs will file a Second Amended Complaint in this action in response to Defendants' Motion to Dismiss, or in the Alternative, for a More Definite Statement.

2. Plaintiffs will file their Second Amended Complaint within fourteen (14) business days of the full execution of this stipulation and order.

3. Upon approval of this stipulation, Defendants will take the hearing on their motion, currently set for February 14, 2011 off-calendar.

4. Defendants reserve any and all rights to challenge the amended pleadings and to re-file their Motion to Dismiss in response to Plaintiffs' Second Amended Complaint. Responsive pleadings shall be filed within fourteen (14) days after service of the Second Amended Complaint.

**IT IS SO STIPULATED:**

Dated: January 21, 2011     LAW OFFICES OF DANIL MONTELEONE

/s/ Jeffrey T. Belton
_____
Jeffrey T. Belton, Attorney for
Plaintiffs SCOTT MEYERS and LILA MEYERS

Dated: January 24, 2011     BETTS & RUBIN

/s/ Brady K. McGuinness
_____
Brady K. McGuinness, Attorney for
Defendants CITY OF FRESNO,
KEITH BERGTHOLD and BRIAN LEONG

**IT IS SO ORDERED.**

Dated:   January 25, 2011             /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION AND ORDER RE: FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT**