1  LAW OFFICES OF DANIL MONTELEONE
   DANIL MONTELEONE (S.B.N. 140604)
2  JEFFREY T. BELTON (S.B.N. 239443)
   KYLIE P. TORO (S.B.N. 265478)
3  8132 Tunney Ave.
4  Reseda Ranch, CA 91335
   Telephone: (818) 349-9666
5  Facsimile:  (818) 998-4735

6  Attorneys for PLAINTIFFS SCOTT MEYERS and LILA MEYERS

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT MEYERS and LILA MEYERS on their     CASE NO.: 1:10-CV-02359-LJO-BAM
   own behalf and as INDIVIDUAL CLASS
12 REPRESENTATIVES on behalf of all others   **STIPULATION AND ORDER TO STAY**
   similarly situated,                       **PROCEEDINGS AND LIMIT POTENTIAL**
13                                           **CLASS CLAIMANTS**
14            PLAINTIFFS,

15      vs.

16 CITY OF FRESNO, a Municipal Corporation;
   Keith Bergthold, In His Official Capacity; Brian
17 Leong, In His Official Capacity; and DOES 1-
   200 inclusive,
18
            DEFENDANTS.
19

20      WHEREAS, Plaintiffs and Defendants are engaged in ongoing discussions regarding the case

21 and are working together in an effort to resolve the case through settlement;

22      WHEREAS, the parties recognize and acknowledge that the current relief sought in the Action

23 is equitable in nature (injunctions and declaratory relief) and are seeking to efficiently and cost

24 effectively administer these claims along with claims pending in a separate state action;

25      WHEREAS, as part of ongoing settlement efforts, Plaintiffs and Defendants desire to

26 adequately describe and limit the party participants,  avoid potentially unnecessary law and motion, and

27

28
   ─────────────────────────────────────────────────────
                          1    STIPULATION TO STAY PROCEEDINGS, LIMIT
                               POTENTIAL CLASS CLAIMANT

1  coordinate discovery and negotiations with a pending state action and limit the costs and attorney's fees

2  expended on this litigation;

3  WHEREAS, Plaintiffs and Defendants are in the process of negotiating the status of the class

4  claims and considering class certification alternatives and limitations;

5  WHEREAS, Plaintiffs had initially identified two potential classes in its Second Amended

6  Complaint:

7  CLASS 1:  All persons or entities in Fresno County who received a "Building Industry

8  Bulletin" regarding their claimed construction defects from the City of Fresno. and

9  CLASS 2: All persons or entities in Fresno County who own a building built within the

10  last ten years with actual or potential claims against their DEVELOPERS for building

11  code violations, including ongoing litigation, and who are subject to the policy stated in

12  City of Fresno Resolution 2010-93.

13  WHEREAS, as the remedies sought have been limited by the Court to equitable claims and as

14  the parties seek to streamline further proceedings and enhance settlement discussions, the parties desire

15  to eliminate CLASS 2.

16  WHEREAS, Plaintiffs and Defendants have further reached an agreement with respect to staying

17  these proceedings to continue to engage in settlement discussions:

18  It is stipulated by and between Plaintiffs and Defendants, by and through their respective counsel,

19  that:

20  1.  Discovery and law and motion activities shall be stayed for **180 days** during the parties'

21  settlement discussions;

22  2.  The currently scheduled dates shall be vacated and rescheduled to a later date, following the

23  180 day stay:

24  - **October 1, 2012** deadline to file and serve moving papers on class certification;

25  - **October 26, 2012** deadline to file and serve opposing papers on class certification;

26  - **November 16, 2012** deadline to file and serve reply papers on class certification; and

27  - **December 14, 2012** hearing on class certification.

28

3. Settlement discussions are currently ongoing and can be terminated at any time upon written notice by either party, in which case litigation activities will resume;

4. The parties may stipulate to extend the stay upon the making of a motion or upon the consent of the other party and the Court;

5. The parties shall submit joint declarations of progress to the court every 90 days;

6. The parties mutually stipulate and agree to dismiss CLASS 2 as described above and in the Second Amended Complaint from this Action.

**IT IS SO STIPULATED AND AGREED.**

DATED: September ___, 2012          LAW OFFICES OF DANIL MONTELEONE


                                     _/s/ Jeffrey T. Belton_____
                                     Danil Monteleone
                                     Jeffrey T. Belton
                                     Kylie P. Toro
                                     Attorneys for PLAINTIFFS
                                     SCOTT MEYERS and LILA MEYERS, et al.


DATED: _____          BETTS & RUBIN, A Professional Corporation


                                     _/s/ Brady K. McGuiness_____
                                     James B. Betts
                                     Joseph D. Rubin
                                     Brady K. McGuinness
                                     Attorneys for DEFENDANTS
                                     CITY OF FRESNO, KEITH BERGTHOLD, and BRIAN
                                     LEONG

## ORDER

Having reviewed the stipulation, and for good cause being show, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The class certification deadlines are hereby vacated;

2.  CLASS 2 is hereby dismissed without prejudice.

3.  The Court **SETS** a Scheduling Conference for **Thursday, February 7, 2013 at 8:30 AM** in Courtroom 8 before Judge Barbara A. McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

4.  The parties shall file their first joint status report on **December 20, 2012**, indicating the status of the proceedings

IT IS SO ORDERED.

Dated:   __September 21, 2012__          ___/s/ Lawrence J. O'Neill___
                                        UNITED STATES DISTRICT JUDGE