**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT MEYERS AND LILA MEYERS, et al.,<br>　　　　　Plaintiffs,<br>　vs.<br>CITY OF FRESNO, et al.,<br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-02359-LJO-BAM<br>**SECOND SCHEDULING ORDER** |

　　　　This Court conducted a preliminary scheduling conference on February 7, 2013, in the chambers of United States Magistrate Judge Barbara A. McAuliffe. Plaintiffs Scott Meyers and Lila Meyers ("Plaintiffs"), on behalf of themselves and others similarly situated, appeared by telephone by counsel Jeffrey Belton, Law Offices of Danil Monteleone. Defendants City of Fresno, Brian Leong and Keith Bergthold ("Defendants") appeared by counsel Brady McGuinness, Law Office of Betts & Rubin & McGuinness.

　　　　After discussion with counsel, this Court SETS the following dates for class certification only:

1. All class discovery, including motions to compel and discovery ordered as a result of a motion to compel, shall be completed by May 1, 2013.
2. Plaintiffs shall file and serve moving papers on class certification by May 31, 2013;
3. Defendants shall file and serve opposition papers on class certification by July 5, 2013;
4. Plaintiffs shall file and serve reply papers on class certification by July 19, 2013; and

1

5. A hearing on Plaintiffs' Motion for class certification is set for August 23, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

DATED:   2/8/2013                              /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE