LAW OFFICES OF DANIL MONTELEONE
DANIL MONTELEONE (S.B.N. 140604)
JEFFREY T. BELTON (S.B.N. 239443)
8132 Tunney Ave.
Reseda Ranch, CA 91335
Telephone: (818) 349-9666
Facsimile:  (818) 998-4735

Attorneys for PLAINTIFFS SCOTT MEYERS and LILA MEYERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MEYERS and LILA MEYERS on their own behalf and as INDIVIDUAL CLASS REPRESENTATIVES on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF FRESNO, a Municipal Corporation; Keith Bergthold, In His Official Capacity; Brian Leong, In His Official Capacity; and DOES 1-200 inclusive,<br><br>DEFENDANTS. | CASE NO. 1:10-CV-02359-LJO-SKO<br><br>**STIPULATION TO STAY PROCEEDINGS AND ORDER THEREON** |

WHEREAS, Plaintiffs and Defendants have sought the assistance of Mediator Jube J. Najarian of Jacobson, Hansen, Najarian and McQuillan, and are engaged in active and intensive settlement negotiations in an effort to informally resolve the entire Action;

WHEREAS, the Parties and Mediator agree that the settlement negotiations have been, and remain, productive and helpful in assisting the parties in identifying, addressing and resolving complex issues;

WHEREAS, the parties recognize and acknowledge that the current relief sought in the Action is equitable in nature (injunctions and declaratory relief) and are seeking to

efficiently and cost effectively administer these claims along with claims pending in a separate state proceeding;

WHEREAS, Plaintiffs and Defendants are in the process of negotiating the status of the class claims and considering class certification alternatives and limitations;

WHEREAS, Plaintiffs and Defendants have further reached an agreement and desire to stay these proceedings to continue to engage in settlement discussions with Mediator Jube Najarian:

It is stipulated by and between Plaintiffs and Defendants, by and through their respective counsel, that:

1. Discovery and law and motion activities shall be stayed for 120 days during the parties' settlement discussions;

2. The currently scheduled dates shall be vacated and rescheduled to a later date, following the 120 day stay:

- July 5, 2013 deadline to file and serve opposition papers on class certification;
- July 19, 2013 deadline to file and serve reply papers on class certification; and
- August 23, 2013 hearing on class certification.

3. Settlement discussions are currently ongoing and can be terminated at any time upon written notice by either party, in which case litigation activities will resume;

4. The parties may stipulate to extend the stay upon the making of a motion or upon stipulation of the parties and Court approval;

5. The parties shall submit joint declarations of progress to the court prior to the expiration of the stay;

////

////

////

2
STIPULATION TO STAY PROCEEDINGS AND ORDER

IT IS SO STIPULATED AND AGREED.

Dated: June 25, 2013          LAW OFFICES OF DANIL MONTELEONE


/s/ Jeffrey T. Belton
Danil Monteleone
Jeffrey T. Belton
Kylie P. Toro
Attorneys for PLAINTIFFS
SCOTT MEYERS and LILA MEYERS, et al.


Dated: June 25, 2013          BETTS, RUBIN & McGUINNESS


/s/ Brady K. McGuinness
James B. Betts
Joseph D. Rubin
Brady K. McGuinness
Attorneys for DEFENDANTS
CITY OF FRESNO, KEITH BERGTHOLD, and
BRIAN LEONG


Dated: June 25, 2013          JACOBSON, HANSEN, NAJARIAN & MCQUILLAN


/s/ Jube J. Najarian
Jube J. Najarian
MEDIATOR

# ORDER

IT IS HEREBY ORDERED that:

1. Discovery and all class certification deadlines are hereby STAYED;

2. The August 21, 2013, hearing on Plaintiffs' motion for class certification is VACATED;

3. The parties shall file status reports regarding their settlement discussion progress **on August 30, 2013**; and

4. The parties shall submit a new proposed scheduling order regarding class certification and discovery **on or before October 29, 2013.**

IT IS SO ORDERED.

**Dated:   June 25, 2013**             /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE