```
LAW OFFICES OF DANIL MONTELEONE
DANIL MONTELEONE (S.B.N. 140604)
JEFFREY T. BELTON (S.B.N. 239443)
8132 Tunney Ave.
Reseda Ranch, CA 91335
Telephone: (818) 349-9666
Facsimile:  (818) 998-4735
```

Attorneys for PLAINTIFFS SCOTT MEYERS and LILA MEYERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MEYERS and LILA MEYERS on their own behalf and as INDIVIDUAL CLASS REPRESENTATIVES on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF FRESNO, a Municipal Corporation; Keith Bergthold, In His Official Capacity; Brian Leong, In His Official Capacity; and DOES 1-200 inclusive,<br><br>DEFENDANTS. | CASE NO. 1:10-CV-02359-LJO-SKO<br><br>**STIPULATION TO STAY PROCEEDINGS AND ORDER THEREON** |

WHEREAS, Plaintiffs and Defendants have sought the assistance of Mediator Jube J. Najarian of Jacobson, Hansen, Najarian and McQuillan, and are engaged in active and intensive settlement negotiations in an effort to informally resolve the entire Action;

WHEREAS, the Parties and Mediator agree that the settlement negotiations have been, and remain, productive and helpful in assisting the parties in identifying, addressing and resolving complex issues;

WHEREAS, the parties recognize and acknowledge that the current relief sought in the Action is equitable in nature (injunctions and declaratory relief) and are seeking to

1  efficiently and cost effectively administer these claims along with claims pending in a
2  separate state proceeding;
3       WHEREAS, Plaintiffs and Defendants are in the process of negotiating the
4  status of the class claims and considering class certification alternatives and limitations;
5       WHEREAS, Plaintiffs and Defendants have further reached an agreement and
6  desire to stay these proceedings to continue to engage in settlement discussions with
7  Mediator Jube Najarian:
8       It is stipulated by and between Plaintiffs and Defendants, by and through their
9  respective counsel, that:
10      1.   Discovery and law and motion activities shall be stayed for 120 days
11 during the parties' settlement discussions;
12      2.   The currently scheduled dates shall be vacated and rescheduled to a later
13 date, following the 120 day stay:
14           •   July 5, 2013 deadline to file and serve opposition papers on class
15               certification;
16           •   July 19, 2013 deadline to file and serve reply papers on class
17               certification; and
18           •   August 23, 2013 hearing on class certification.
19      3.   Settlement discussions are currently ongoing and can be terminated at
20 any time upon written notice by either party, in which case litigation activities will
21 resume;
22      4.   The parties may stipulate to extend the stay upon the making of a motion
23 or upon stipulation of the parties and Court approval;
24      5.   The parties shall submit joint declarations of progress to the court prior to
25 the expiration of the stay;
26 ////
27 ////
28 ////

IT IS SO STIPULATED AND AGREED.

Dated: June 25, 2013					LAW OFFICES OF DANIL MONTELEONE


							/s/ Jeffrey T. Belton
							Danil Monteleone
							Jeffrey T. Belton
							Kylie P. Toro
							Attorneys for PLAINTIFFS
							SCOTT MEYERS and LILA MEYERS, et al.


Dated: June 25, 2013					BETTS, RUBIN & McGUINNESS


							/s/ Brady K. McGuinness
							James B. Betts
							Joseph D. Rubin
							Brady K. McGuinness
							Attorneys for DEFENDANTS
							CITY OF FRESNO, KEITH BERGTHOLD, and
							BRIAN LEONG


Dated: June 25, 2013					JACOBSON, HANSEN, NAJARIAN & MCQUILLAN


							/s/ Jube J. Najarian
							Jube J. Najarian
							MEDIATOR

**ORDER**

IT IS HEREBY ORDERED that:

1. Discovery and all class certification deadlines are hereby STAYED;
2. The August 21, 2013, hearing on Plaintiffs' motion for class certification is VACATED;
3. The parties shall file status reports regarding their settlement discussion progress **on August 30, 2013**; and
4. The parties shall submit a new proposed scheduling order regarding class certification and discovery **on or before October 29, 2013.**

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   June 25, 2013** | /s/ Sheila K. Oberto |
| | UNITED STATES MAGISTRATE JUDGE |