UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MEYERS and LILA MEYERS on their own behalf and as INDIVIDUAL CLASS REPRESENTATIVES on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF FRESNO, a Municipal Corporation; Keith Bergthold, In His Official Capacity; Brian Leong, In His Official Capacity; and DOES 1-200 inclusive,<br><br>DEFENDANTS. | CASE NO.: 1:10-CV-02359-LJO-SKO<br><br>**STIPULATION FOR ADDITIONAL STAY AND ORDER** |

WHEREAS, Plaintiffs and Defendants continue to work with Mediator Jube J. Najarian of Jacobson, Hansen, Najarian and McQuillan, and remain actively involved in intensive settlement negotiations.

WHEREAS, the parties acknowledge and agree that the settlement negotiations remain productive and have assisted the parties in narrowing issues and identifying, addressing and resolving complex issues. The parties remain optimistic that this Action can be informally resolved;

WHEREAS, the parties recognize and acknowledge that the current relief sought in the Action is equitable in nature (injunctions and declaratory relief) and should be efficiently and cost effectively administered and addressed. However, with the equitable terms, it has been time consuming and difficult to draft and negotiate prospective and prescriptive terms and covenants.

WHEREAS, while the parties have made considerable progress in a global settlement of this Action, there remain ancillary issues and disputes in two other state court proceedings that need to be addressed and resolved as part of these settlement negotiations and have slowed the progress of formalizing a settlement.

WHEREAS, Plaintiffs and Defendants continue to negotiate and work to formalize the status of the class claims and class certification alternatives and limitations;

WHEREAS, Plaintiffs and Defendants have further reached an agreement and desire to stay these proceedings for an additional sixty (60) days to continue to engage in settlement discussions by and through Mediator Jube Najarian:

It is stipulated by and between Plaintiffs and Defendants, by and through their respective counsel, that:

1. Discovery and law and motion activities shall be stayed until December 30, 2013 to afford time for the parties to facilitate and finalize its settlement discussions;
2. If a settlement has not been reached by December 30, 2013, the parties will submit a new proposed scheduling order to the Court
3. Settlement discussions are currently ongoing and can be terminated at any time upon written notice by either party, in which case litigation activities will resume; and
4. The parties may stipulate to extend the stay upon the making of a motion or upon stipulation of the parties and Court approval;

////
////
////

2      STIPULATION FOR ADDITIONAL
         STAY OF PROCEEDINGS

**IT IS SO STIPULATED AND AGREED.**

DATED: October 24, 2013				LAW OFFICES OF DANIL MONTELEONE


						/s/ Jeffrey T. Belton_____
						Danil Monteleone
						Jeffrey T. Belton
						Attorneys for PLAINTIFFS
						SCOTT MEYERS and LILA MEYERS, et al.


DATED: October 24, 2013				BETTS, RUBIN, & MCGUINNESS
						A Professional Corporation



						 /s/ Brady K. McGuinness_____
						James B. Betts
						Joseph D. Rubin
						Brady K. McGuinness
						Attorneys for DEFENDANTS
						CITY OF FRESNO, KEITH BERGTHOLD, and BRIAN LEONG


DATED: October 24, 2013				JACOBSON, HANSEN, NAJARIAN & MCQUILLAN


						/s/ Jube J. Najarian_____
						Jube J. Najarian
						 MEDIATOR

3        STIPULATION FOR ADDITIONAL
         STAY OF PROCEEDINGS

## **ORDER**

Pursuant to the parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED that:**

1. The stay on discovery and all class certification shall be extended through December 30, 2013; and

2. The parties shall submit a new proposed scheduling order regarding class certification and discovery on or before January 2, 2014.

IT IS SO ORDERED.

Dated:   **October 29, 2013**                    **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE