UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT MEYERS and LILA MEYERS on their
own behalf and as INDIVIDUAL CLASS
REPRESENTATIVES on behalf of all others
similarly situated,

PLAINTIFFS,

vs.

CITY OF FRESNO, a Municipal Corporation;
Keith Bergthold, In His Official Capacity; Brian
Leong, In His Official Capacity; and DOES 1-
200 inclusive,

DEFENDANTS.

CASE NO.: 1:10-CV-02359-LJO-SKO

**STIPULATION FOR ADDITIONAL STAY
AND ORDER**

WHEREAS, Plaintiffs and Defendants continue to work with Mediator Jube J. Najarian of Jacobson, Hansen, Najarian and McQuillan, and remain actively involved in intensive settlement negotiations.

WHEREAS, the parties acknowledge and agree that the settlement negotiations remain productive and have assisted the parties in narrowing issues and identifying, addressing and resolving complex issues.  The parties remain optimistic that this Action can be informally resolved;

1  WHEREAS, the parties recognize and acknowledge that the current relief sought in the Action
2  is equitable in nature (injunctions and declaratory relief) and should be efficiently and cost effectively
3  administered and addressed.  However, with the equitable terms, it has been time consuming and
4  difficult to draft and negotiate prospective and prescriptive terms and covenants.

5  WHEREAS, while the parties have made considerable progress in a global settlement of this
6  Action, there remain ancillary issues and disputes in two other state court proceedings that need to be
7  addressed and resolved as part of these settlement negotiations and have slowed the progress of
8  formalizing a settlement.

9  WHEREAS, Plaintiffs and Defendants continue to negotiate and work to formalize the status of
10  the class claims and class certification alternatives and limitations;

11  WHEREAS, Plaintiffs and Defendants have further reached an agreement and desire to stay these
12  proceedings for an additional sixty (60) days to continue to engage in settlement discussions by and
13  through Mediator Jube Najarian:

14

15  It is stipulated by and between Plaintiffs and Defendants, by and through their respective counsel,
16  that:

17  1. Discovery and law and motion activities shall be stayed until December 30, 2013 to afford
18     time for the parties to facilitate  and finalize its settlement discussions;

19  2. If a settlement has not been reached by December 30, 2013, the parties will submit a new
20     proposed scheduling order to the Court

21  3. Settlement discussions are currently ongoing and can be terminated at any time upon written
22     notice by either party, in which case litigation activities will resume; and

23  4. The parties may stipulate to extend the stay upon the making of a motion or upon stipulation
24     of the parties and Court approval;

25  ////

26  ////

27  ////

28

STIPULATION FOR ADDITIONAL
STAY OF PROCEEDINGS

1

2          **IT IS SO STIPULATED AND AGREED.**

3

4    DATED: October 24, 2013              LAW OFFICES OF DANIL MONTELEONE

5

6                                        /s/ Jeffrey T. Belton_____
                                         Danil Monteleone
7                                        Jeffrey T. Belton
                                         Attorneys for PLAINTIFFS
8                                        SCOTT MEYERS and LILA MEYERS, et al.

9

10   DATED: October 24, 2013              BETTS, RUBIN, & MCGUINNESS
                                         A Professional Corporation
11

12

13                                        /s/ Brady K. McGuinness_____
                                         James B. Betts
14                                       Joseph D. Rubin
                                         Brady K. McGuinness
15                                       Attorneys for DEFENDANTS
                                         CITY OF FRESNO, KEITH BERGTHOLD, and BRIAN
16                                       LEONG

17

18   DATED: October 24, 2013              JACOBSON, HANSEN, NAJARIAN & MCQUILLAN

19

20                                        /s/ Jube J. Najarian_____
                                         Jube J. Najarian
21                                        MEDIATOR

22

23

24

25

26

27

28
_____
                                        3          STIPULATION FOR ADDITIONAL
                                                   STAY OF PROCEEDINGS

1

**ORDER**

2

Pursuant to the parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED that:**

3

4

1.  The stay on discovery and all class certification shall be extended through December 30, 2013; and

5

6

2.  The parties shall submit a new proposed scheduling order regarding class certification and discovery on or before January 2, 2014.

7

8

IT IS SO ORDERED.

9

Dated:   **October 29, 2013**                                    **/s/ Sheila K. Oberto**

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4