LAW OFFICES OF DANIL MONTELEONE
DANIL MONTELEONE (S.B.N. 140604)
JEFFREY T. BELTON (S.B.N. 239443)
8132 Tunney Ave.
Reseda Ranch, CA 91335
Telephone: (818) 349-9666
Facsimile:  (818) 998-4735

Attorneys for PLAINTIFFS SCOTT MEYERS and LILA MEYERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MEYERS and LILA MEYERS on their own behalf and as INDIVIDUAL CLASS REPRESENTATIVES on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF FRESNO, a Municipal Corporation; Keith Bergthold, In His Official Capacity; Brian Leong, In His Official Capacity; and DOES 1-200 inclusive,<br><br>DEFENDANTS. | CASE NO.: 1:10-CV-02359-LJO-SKO<br><br>**STIPULATION FOR ADDITIONAL STAY AND ORDER** |

WHEREAS, Plaintiffs and Defendants continue to work with Mediator Jube J. Najarian of Jacobson, Hansen, Najarian and McQuillan, and remain actively involved in intensive settlement negotiations;

WHEREAS, the parties recognize and acknowledge that the current relief sought in the Action is equitable in nature (injunctions and declaratory relief) and should be efficiently and cost effectively administered and addressed.  However, with the equitable terms, it has been time consuming and difficult to draft and negotiate prospective and prescriptive terms and covenants.  In order to address

these difficulties, counsel for the Defendants has worked to obtain preliminary approval from the City of Fresno of certain procedural mechanisms that could be used to address Plaintiffs' equitable claims;

WHEREAS, the City of Fresno has given its preliminary approval of these procedural mechanisms;

WHEREAS, counsel for Defendants has provided a proposed Settlement and Release Agreement to counsel for Plaintiffs,

WHEREAS, counsel for Plaintiffs has reviewed the proposed Settlement and Release Agreement and is in the process of preparing a response;

WHEREAS, although the parties have made considerable progress in a global settlement of this Action, there remain ancillary issues and disputes in two other state court proceedings that need to be addressed and resolved as part of these settlement negotiations and have slowed the progress of formalizing a settlement in this Action;

WHEREAS, counsel for Plaintiffs has recently been in communication with the Mediator, Mr. Najarian, regarding these other state court proceedings;

WHEREAS, the parties remain optimistic that this Action can be informally resolved with additional time;

WHEREAS, Plaintiffs and Defendants have further reached an agreement and desire to stay these proceedings for an additional sixty (60) days to continue to engage in settlement discussions and to continue their work on the proposed Settlement and Release Agreement with the assistance of Mediator Jube Najarian:

It is stipulated by and between Plaintiffs and Defendants, by and through their respective counsel, that:

1. Discovery and law and motion activities shall be stayed until February 28, 2014 to afford additional time for the parties to work on finalizing the proposed Settlement and Release Agreement;

2. If a settlement has not been reached by February 28, 2014, the parties will submit a new proposed scheduling order to the Court;

3. Settlement discussions are currently ongoing and can be terminated at any time upon written notice by either party, in which case litigation activities will resume; and

4. The parties may stipulate to extend the stay upon the making of a motion or upon stipulation of the parties and Court approval;

**IT IS SO STIPULATED AND AGREED.**

DATED: December 30, 2013                LAW OFFICES OF DANIL MONTELEONE

/s/ Jeffrey T. Belton_____
Danil Monteleone
Jeffrey T. Belton
Attorneys for PLAINTIFFS
SCOTT MEYERS and LILA MEYERS, et al.

DATED: December 30, 2013                BETTS, RUBIN, & MCGUINNESS
A Professional Corporation

 /s/ Brady K. McGuinness_____
James B. Betts
Joseph D. Rubin
Brady K. McGuinness
Attorneys for DEFENDANTS
CITY OF FRESNO, KEITH BERGTHOLD, and BRIAN LEONG

DATED: December 30, 2013                JACOBSON, HANSEN, NAJARIAN & MCQUILLAN

/s/ Jube J. Najarian_____
Jube J. Najarian
MEDIATOR

///

///

3         STIPULATION FOR ADDITIONAL
          STAY OF PROCEEDINGS; ORDER

# **ORDER**

Pursuant to the parties above stipulation and for good cause appearing, **IT IS HEREBY ORDERED that:**

1. The stay on discovery and all class certification shall be extended through February 28, 2014; and

2. The parties shall submit a new proposed scheduling order regarding class certification and discovery on or before February 28, 2014.

IT IS SO ORDERED.

Dated:  **January 2, 2014**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE