# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MEYERS, et al., | Case No. 1:10-cv-02359-LJO-SKO |
| Plaintiffs. | **ORDER AFTER SETTLEMENT** |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On May 29, 2014, the parties filed a joint status report indicating that they had reached a settlement. (Doc. 59.) The parties indicated that the settlement involved repeal of a resolution by the Fresno City Council. The parties anticipate this repeal will be completed and effective within ninety (90) days. (Doc. 59.)

Accordingly, pursuant to Local Rule 160 of the Local Rules for the United States Court, Eastern District of California, the Court ORDERS the parties, **by no later than September 12,**

1

**2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

The Court VACATES all pending matters and dates. The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violate this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated: **June 2, 2014**               /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE