**BETTS, RUBIN & McGUINNESS, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Douglas T. Sloan, City Attorney (State Bar #194996)
Francine M. Kanne, Chief Assistant City Attorney (State Bar 139028)
**CITY OF FRESNO**
2600 Fresno Street, Room 2031
Fresno, California 93721-3602

Attorneys for Defendant CITY OF FRESNO, KEITH BERGTHOLD, and BRIAN LEONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MEYERS and LILA MEYERS on their own behalf and as INDIVIDUAL CLASS REPRESENTATIVES on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF FRESNO, a Municipal Corporation; Keith Bergthold, In His Official Capacity; Brian Leong, In His Official Capacity; and DOES 1-200 inclusive,<br><br>DEFENDANTS. | CASE NO. 1:10-CV-02359-LJO-SMS<br><br>STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Scott Meyers and Lila Meyers and Defendants City of Fresno, Keith Bergthold and Brian Leong, through their counsel of record, that Plaintiffs dismiss their action in its entirety with prejudice, with each party to bear his/her/its own fees and costs, including attorney's fees.

IT IS SO STIPULATED AND AGREED.

Dated: July 15, 2014          LAW OFFICES OF DANIL MONTELEONE

/s/ Jeffrey T. Belton
Danil Monteleone
Jeffrey T. Belton
Kylie P. Toro
Attorneys for PLAINTIFFS
SCOTT MEYERS and LILA MEYERS, et al.

Dated: July 15, 2014          BETTS, RUBIN & McGUINNESS

/s/ Joseph D. Rubin
James B. Betts
Joseph D. Rubin
Brady K. McGuinness
Attorneys for DEFENDANTS
CITY OF FRESNO, KEITH BERGTHOLD, and BRIAN LEONG

## ORDER

IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: July 16, 2014                    /s/ Lawrence J. O'Neill
                                         U.S. District Judge